IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| HEALTHCARE SERVICES GROUP, INC., <br> **Plaintiff,** <br><br> v. <br><br> **MILCIADES MORETA, and SERENE HEALTH SERVICES LLC,** <br> **Defendants.** | CIVIL ACTION <br><br><br> NO. 19-2260 |

## O R D E R

**AND NOW**, this 15th day of November, 2019, upon consideration of Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. [sic] 12(b)(2) or, in the Alternative, Motion to Transfer Venue (Document No. 8, filed June 6, 2019), Plaintiff's Opposition to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) or, in the Alternative, Motion to Transfer Venue (Document No. 13, filed June 14, 2019), Defendants' Reply Brief in Support of Their Motion to Dismiss Pursuant to Fed. R. Civ. [sic] 12(b)(2) or, in the Alternative, Motion to Transfer Venue (Document No. 17, filed June 21, 2019), and Plaintiff's Sur-Reply in Opposition to Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(2) or, in the Alternative, Motion to Transfer Venue (Document No. 18, filed June 26, 2019), for the reasons stated in the accompanying Memorandum dated November 15, 2019, **IT IS ORDERED** that Defendants' Motion to Dismiss Pursuant to Fed. R. Civ. [sic] 12(b)(2) or, in the Alternative, Motion to Transfer Venue is **DENIED**.

**IT IS FURTHER ORDERED** that a telephone conference for the purpose of scheduling proceedings related to the pending Plaintiff's Emergency Motion for Preliminary Injunction and for Expedited Discovery (Document No. 5, docketed May 23, 2019) will be conducted in due course.

                                          **BY THE COURT:**

                                          **/s/ Hon. Jan E. DuBois**

                                                  **DuBOIS, JAN E., J.**